BOSLEY TILL LLP
James E. Till (State Bar No. 200464)
jtill@btntlaw.com
120 Newport Center Drive
Newport Beach, CA 92660
Telephone:    (949) 999-2860

Counsel for Debtor and
Debtor-in-Possession, Terry Lee Fleming, Sr.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

In re:

TERRY LEE FLEMING, SR.,

    Debtor and
    Debtor-in-Possession.

Case No. 6:17-bk-19513-MW

Chapter 11

**NOTICE OF CONTINUED HEARING TO APPROVE DISCLOSURE STATEMENT**

**Continued Disclosure Statement Hearing:**

Date: October 18, 2018
Time: 2:00 p.m.

Courtroom:  Video Courtroom 225
              3420 12th Street
              Riverside, CA 92501

    or

              Courtroom 6C
              411 W. Fourth Street
              Santa Ana, California 92701

**TO ALL CREDITORS AND OTHER PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to an order of the Court entered on August 21, 2018 at Docket No. 170 (the "Court Order"), a continued hearing for approval of the revised disclosure statement and amended plan will be held on October 18, 2018, at 2:00 p.m., or as soon thereafter as counsel may be heard, or as may be continued without further notice, before the Honorable Mark S. Wallace, United States Bankruptcy Judge, in Video Courtroom 225, United States Bankruptcy Court, 3420 12th Street, Riverside, California 92501 or Courtroom 6C, 411 West Fourth Street, Santa Ana, California 92701.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court Order, objections to the revised disclosure statement must be filed and served by September 26, 2018. Any objections must comply with Federal Rule of Bankruptcy Procedure 3017(a) and Local Bankruptcy Rules 3017-1 and 9013-1(f), and must be filed with the Court and served upon counsel for Debtor whose name and address appear in the upper left-corner of the first page of this Notice, and the Office of the United States Trustee, 3801 University Avenue, Suite 720, Riverside, CA 92501, Facsimile: (951) 276-6973), Attn: Mohammad V. Tehrani (E-Mail: Mohammad.V.Tehrani@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that any request for a copy of the revised disclosure statement and amended plan may be made by email sent to counsel for Debtor, Attn: Martha Araki (E-mail: maraki@btntlaw.com).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h), failure to timely file and serve written opposition may be deemed by the Court to be consent to the granting of the relief requested in the Motion.

DATED: September 14, 2018            BOSLEY TILL LLP

                                     By: */s/ James E. Till*
                                         James E. Till
                                         Counsel for Terry Lee Fleming, Sr.,
                                         Debtor and Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
    120 Newport Center Dr., Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED HEARING TO APPROVE DISCLOSURE STATEMENT**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 14, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  US Trustee's Office:  ustpregion16.rs.ecf@usdoj.gov; Mohammad.v.Tehrani@usdoj.gov
  Attorneys for Debtor:  James E. Till:  jtill@btntlaw.com; maraki@btntlaw.com
  Attorneys for Havasu Lakeshore Investments:  Martin A. Eliopulos:  elio@higgslaw.com; kimbled@higgslaw.com
  Attorneys for Terry Lee Fleming, Jr. and Havasu Landing LLC:  Michael B. Reynolds:  mreynolds@swlaw.com;
     kcollins@swlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  September 14, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

  See attached service list

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 14, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

  The Honorable Mark S. Wallace          Via Personal Delivery
  United States Bankruptcy Court
  411 West Fourth Street, Suite 6135
  Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 14, 2018 | Martha Araki | */s/ Martha Araki* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                           **F 9013-3.1.PROOF.SERVICE**

**Bosley Till LLP**

**Total number of parties: 31**

**Exhibit - Fleming**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 68012 | AMERICAN EXPRESS, PO BOX 0001, LOS ANGELES, CA, 90096-8000 | US Mail (1st Class) |
| 68012 | AMERICAN EXPRESS BANK FSB, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA, 19355-0701 | US Mail (1st Class) |
| 68012 | ANTHEM BLUE CROSS, PO BOX 2858, M-DACCTS, CLINTON, IA, 52733-2858 | US Mail (1st Class) |
| 68012 | CENTERS FOR MEDICARE & MEDICAID SERV, WINDSOR MILL, MD, 21244 | US Mail (1st Class) |
| 68012 | CHASE CARD SERVICES, PO BOX 94014, PALATINE, IL, 60094-4014 | US Mail (1st Class) |
| 68012 | CITRUS EL DORADO LLC/CRAFTSMEN HOMES LLC, 1732 YERMO PL, FULLERTON, CA, 92833-1355 | US Mail (1st Class) |
| 68012 | COACHELLA VALLEY WATER DISTRICT, PO BOX 5000, COACHELLA, CA, 92236-5000 | US Mail (1st Class) |
| 68012 | DESERT HORIZONS HOA, 75486 AUGUST DR, INDIAN WELLS, CA, 92210 | US Mail (1st Class) |
| 68012 | DIRECTV LLC, ATTN BANKRUPTCIES, PO BOX 6550, GREENWOOD VILLAGE, CO, 80155-6550 | US Mail (1st Class) |
| 68012 | EISENHOWER MEDICAL CENTER, 39000 BOB HOPE DR, RANCHO MIRAGE, CA, 92270-3221 | US Mail (1st Class) |
| 68012 | FRANCES AND WANE INC, 42210 COOK ST STE H, PALM DESERT, CA, 92211-5199 | US Mail (1st Class) |
| 68012 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION, PO BOX 2952/MSA340, SACRAMENTO, CA, 95812-2952 | US Mail (1st Class) |
| 68012 | FRONTIER COMMUNICATIONS, PO BOX 5157, TULA, MS, 38675 | US Mail (1st Class) |
| 68012 | HAVASU LAKESHORE INVESTMENTS LLC, 9255 TOWNE CENTRE DR STE 500, ATTN GRANT G TEEPLE ESQ, SAN DIEGO, CA, 92121-3038 | US Mail (1st Class) |
| 68012 | IMPERIAL IRRIGATION DISTRICT, 333 E BARIONI BLVD, IMPERIAL, CA, 92251-1773 | US Mail (1st Class) |
| 68012 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 68012 | LEXUS FINANCIAL SERVICES, PO BOX 5855, CAROL STREAM, IL, 60197-5855 | US Mail (1st Class) |
| 68012 | MERCEDES OF PALM SPRINGS, 4095 E PALM CANYON DR, PALM SPRINGS, CA, 92264-5233 | US Mail (1st Class) |
| 68012 | MVVT MOTORS LLC, 28242 MARGUERITE PKWY, MISSION VIEJO, CA, 92692-3704 | US Mail (1st Class) |
| 68012 | NICK BLODGEPT/MARTA WARD, 44808 DEL DIOS CIRCLE, LA QUINTA, CA, 92253 | US Mail (1st Class) |
| 68012 | OFFICE OF THE UNITED STATES TRUSTEE, ATTN: MOHAMMAD V TEHRANI ESQ, 3801 UNIVERSITY AVE STE 720, RIVERSIDE, CA, 92501 | US Mail (1st Class) |
| 68012 | RANCHO LA QUINTA COUNTRY CLUB, 81-570 CARBONERAS, LA QUINTA, CA, 92253-8219 | US Mail (1st Class) |
| 68012 | RANCHO LA QUINTA HOA, 1225 ALMA RD STE 100, RICHARDSON, TX, 75081-2298 | US Mail (1st Class) |
| 68012 | RIVERSIDE COUNTY TAX COLLECTOR, 4080 LEMON ST 4TH FL, RIVERSIDE, CA, 92501-3634 | US Mail (1st Class) |
| 68012 | RIVERSIDE COUNTY TAX COLLECTOR, PO BOX 12005, ATTN JON CHRISTENSEN, RIVERSIDE, CA, 92502-2205 | US Mail (1st Class) |
| 68012 | SOUTHERN CALIFORNIA GAS, PO BOX C, MONTEREY PARK, CA, 91754-0932 | US Mail (1st Class) |
| 68012 | STATE BOARD OF EQUALIZATION, PO BOX 942879, ACCOUNT INFORMATION GROUP MIC 29, SACRAMENTO, CA, 94279-0029 | US Mail (1st Class) |
| 68012 | TERRY LEE FLEMING SR, 78980 CARMEL CIRCLE, LA QUINTA, CA, 92253 | US Mail (1st Class) |
| 68012 | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 9013, ADDISON, TX, 75001-9013 | US Mail (1st Class) |
| 68012 | VALLE CONSTRUCTION, 83-880 WOLF CREEK RD, INDIO, CA, 92203-2817 | US Mail (1st Class) |
| 68012 | VERIZON, PO BOX 600108, DALLAS, TX, 75360-0108 | US Mail (1st Class) |

**Subtotal for this group: 31**